No. 473.  McGOLDRICK, COMPTROLLER OF THE CITY OF NEW YORK, *v.* GULF OIL CORP.  February 5, 1940.  The petition for rehearing is granted.  The judgment entered January 15, 1940, *ante,* p. 2, is vacated and the case is restored to the docket for reargument and assigned for hearing on Monday, February 26, next.  *Messrs. William C. Chanler, Paxton Blair,* and *Sol Charles Levine* for petitioner.  *Mr. Matthew S. Gibson* for respondent.

No. 87.  WHITE *v.* TEXAS.  See *ante,* pp. 631, 641.